IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                    CASE NO. 09-20025-001

CHARLES R. SCHROLL                                    DEFENDANT

## ORDER

Currently before the Court is Defendant's Motion to Modify Pretrial Conditions (Doc. 20). One of the conditions of Defendant's release is that no travel is permitted outside the Central District of Florida. Defendant requests the Court to modify this condition to permit him to travel outside the Central District of Florida in the course of his employment as a truck driver. The United States Probation Office and the Government have advised the Court they have no objection to Defendant's motion. The Court, being well and sufficiently advised, finds the motion should be GRANTED. Defendant is permitted to travel outside the Central District of Florida only in the course of his employment as a truck driver. However, all travel shall be pre-approved by the United States Probation Office and solely in its discretion. Further, Defendant shall at all times maintain contact with his pretrial services officer to her satisfaction.

IT IS SO ORDERED this 23rd day of September 2009.

/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)